# EXHIBIT 1

**SUMMONS**

## IN THE CIRCUIT OF MCDOWELL WEST VIRGINIA
### Dale P. Field Jr. v. Phillip Morris USA, Inc.

Service Type:   Circuit Clerk - Certified Mail - No Copy Fee

NOTICE TO:   Phillip Morris USA, Inc., 6598 West Broad St., Richmond, VA 26234

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY:

Dale P. Field Jr., Stevens Correctional Center, 795 Virginia Ave., Welch, WV 24801

THE ANSWER MUST BE MAILED WITHIN 20 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

SERVICE:

| 3/8/2021 2:34:42 PM | /s/ Francine Spencer |
|---|---|
| Date | Clerk |

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____

☐ Not Found in Bailiwick

| _____ | _____ |
|---|---|
| Date | Server's Signature |



FRANCINE SPENCER
CLERK OF THE CIRCUIT COURT
90 WYO. ST. SUITE 201
WELCH WV 24801

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



U.S. POSTAGE >> PITNEY BOWES

ZIP 24801    $ 007.36⁰
02  4W
MAR. 08. 2021

7014 2420 0002

Track ID

286711

| Trk #: | **70142870000236122290** |
|---|---|
| Full Name: | **Williams, Alvin** |
| Building: | **HQ** |
| Depart: | **Corp Facilities and Real Es** |
| Notes: | |
| Date Rec'd: | 3/22/2021 8:08:04 AM |

23261

FILED 11/7/2021 5:20 AM
CC-27-2021-C-12
McDowell County Circuit Clerk
Francine Spencer

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phillip Morris VA, Inc.
6598 West Broad St.
Richmond, VA 26324

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5857 0038 0718 08

2. Article Number (Transfer from service label)

7014 2870 0002 3612 2290

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Brian Person_ ☐ Agent ☐ Ad...

B. Received by (Printed Name)    C. Date of Delivery

Brian Person

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ed Mail
☐ ...ed Mail Restricted Delivery
   (...r $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 5857 0038 0718 08

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

FRANCINE SPENCER
CLERK OF THE CIRCUIT COURT
90 WYO. ST. SUITE 201
WELCH WV 24801

21-C-12-m

FILED | 3/8/2021 2:34 PM
CC-27-2021-C-12
McDowell County Circuit Clerk
Francine Spencer

**IN THE CIRCUIT COURT OF** *MCDOWELL*

## CIVIL CASE INFORMATION STATEMENT
### (Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

**Plaintiff(s)**       **Case No.**

*DALE P. FIELD, JR.*

     **Judge:**

     **Plantiff's Phone:**

**vs.**

**Defendant(s)**     **Days to Answer**    **Type of Service**

*Phillip Morris, USA, Inc*
Name       *30*     *Certified US Mail*

*4598 West Broad St.*
Street Address      **Defendant's Phone:**

*Richmond, VA 26234*
City, State, Zip Code

**II. TYPE OF CASE:**

- [X] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other:
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other:

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [X] Yes [ ] No  CASE WILL BE READY FOR TRIAL BY (Month/Year):

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**

[X] Yes [ ] No

**IF YES, PLEASE SPECIFY:**
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language:
- [X] Other: *Video/Tele conference hearings*

Attorney Name:       Representing:
Firm:       [ ] Plaintiff [ ] Defendant
Address:       [ ] Cross-Defendant [ ] Cross-Complainant
Telephone:       [ ] 3rd-Party Plaintiff [ ] 3rd-Party Defendant

[ ] **Proceeding Without an Attorney**

Original and _____ copies of complaint enclosed/attached.

Dated: *3 / 3 / 2021*     Signature:

**SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)**     Revision Date: 4/2020

**Plaintiff:** _____ , *et al*   **Case Number:** _____
**vs.**
**Defendant:** _____ , *et al*

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

_____          Defendant's Phone: _____
Defendant's Name

_____          Days to Answer: _____
Street Address

_____          Type of Service: _____
City, State, Zip Code

# COVER SHEET

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF MCDOWELL COUNTY WEST VIRGINIA

**Dale P. Field Jr. v. Phillip Morris USA, Inc.**

**First Plaintiff:**
☐ Business  ☑ Individual
☐ Government  ☐ Other

**First Defendant:**
☑ Business  ☐ Individual
☐ Government  ☐ Other

**Judge:**  Rudolph Murensky

## COMPLAINT INFORMATION

**Case Type:**  Civil                  **Complaint Type:**  Other

**Origin:**  ☑ Initial Filing  ☐ Appeal from Municipal Court  ☐ Appeal from Magistrate Court

**Jury Trial Requested:**  ☑ Yes  ☐ No      **Case will be ready for trial by:** _____

**Mediation Requested:**  ☐ Yes  ☑ No

**Substantial Hardship Requested:**  ☑ Yes  ☐ No

☑ Do you or any of your clients or witnesses in this case require special accommodations due to a disability?

    ☐ Wheelchair accessible hearing room and other facilities

    ☐ Interpreter or other auxiliary aid for the hearing impaired

    ☐ Reader or other auxiliary aid for the visually impaired

    ☐ Spokesperson or other auxiliary aid for the speech impaired

    ☑ Other:  Video/Tele conference hearings

☑ I am proceeding without an attorney

☐ I have an attorney:

## SERVED PARTIES

**Name:**          Phillip Morris USA, Inc.

**Address:**       6598 West Broad St., Richmond VA 26234

**Days to Answer:** 20                    **Type of Service:** Circuit Clerk - Certified Mail - No Copy Fee

FILED | 3/8/2021 2:34 PM
CC-27-2021-C-12
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA

DALE P. FIELD, JR.,
Stevens Correctional Center
795 Virginia Ave.
Welch, WV 24801

Case No. _____

Plaintiff,

v.

PHILLIP MORRIS, USA, INC.,
6598 West Broad St.
Richmond, VA 26234

Defendant.

## COMPLAINT AND
## DEMAND FOR JURY TRIAL

Now comes the Plaintiff, Dale P. Field, Jr., and does hereby set forth the following in his complaint against the Defendant.

### JURISDICITION

In accordance with West Virginia Law, Phillip Morris, USA, Inc. does consistent business within the State, giving the Circuit Court of the county for which the Plaintiff resides jurisdiction over the matter.

### CLAIMS

Count 1: Negligence

The Defendant did engage in acts of negligence when the tobacco product manufacturer knowingly and willingly used additives in their products to make said product more addictive to the user (Plaintiff) for the sole purpose of profit and with complete disregard to the health ramification of the consumer. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 2: Negligent design, testing or manufacturing

The Defendant was negligent in the design, testing or manufacturing of their product when the design intentionally included additives that were used for the sole purpose of making the product more addictive to the consure without concern for the health ramifications, and without notifying the Plaintiff of the use of the additives which intentionally caused more harm to the Plaintiff. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 3: Misrepresentation

The Defendant did engage in acts of misrepresentation by producing, marketing and distributing a product under the guise that the effects of the additives  were nothing more than the effects of the raw tobacco, having done so for the sole purpose of profit with malice and disregard to the health and safety of Plaintiff and without notification prior to the year 2018. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 4: Product defect, Defective design

The Defendant designed the product in a manner to increase profit and with little to no concern

of the health and safety ramifications of the public, namely the Plaintiff. In this manner, the Defendant

delibertly designed the product to be more harmful and defective without the notification to the public

prior to 2018. This was done for the sole purpose of profit and with total disregard to the health and

safety of the public.


Count 5: Product defect, Failure to warn

The Defendant failed to warn the public prior to 2018 of the harmful use of the product due to

the additives making the product more addictive for the sole purpose of profit and with disregard to the

health and safety of the public. The Defendant concerned themselves with profit, ignoring the defective

side effects of health issues that were increased by the additives use. This was done for the sole

purpose of profit and with total disregard to the health and safety of the public.


Count 6: Breech of Express Warranty

Defendant described the product as being tobacco, and failed to alert the public of the use of

harmful additives that made the product more addictive. This led to the the public and the Plaintiff to

believe that the source of the addiction was related to the raw tobacco. This was done for the sole

purpose of profit and with total disregard to the health and safety of the public.


Count 7: Fraudulant Concealment

Defendant fraudulantly concealed the use of additives that made their product more addictive,

and more harmful to the public. This deliberate means of misleading the Plaintiff with callous disregard

to the Plaintiff's health for the sole purpose of profit was done without warning prior to 2018.

Count 8: Advertising Injury

The Defendant did engage in acts of advertising injury by marketing a product in a manner that discloses only partial information and ommitting facts about the health issues and ramifications of the additional additives that were concealed by the Defendant prior to 2018. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 9: Moral Wrong

The Defendant used harmful additives to a product intentionally and then fraudulantly marketed that product without notification of the additives effects against moral standards. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 10: Intentional Wrong

The Defendant did engage in acts that were intentional by addition of the additives to the product and then intentionally concealing the use of that product. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 11: Harmful Behavior

The Defendant added additives to their product intentionally causing harm to the Plaintiff. The Defendant was aware of the harm that the product caused to the public and posted no warning of such harm or of the product being used.  This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 12, 13, and 14: Bodily Harm; Physical Harm; Continuing Harm

As counts 12, 13, and 14 are related, Plaintiff has combined them under the same heading.

The Defendant caused bodily, physical and continuing harm to the Plaintiff by creating and distributing a product that was intentionally designed to become addictive by the use of additives, knowing the health ramifications of the use of the product by the Plaintiff. Plaintiff has suffered damages to his lungs that result in a decreased capacity of lung volume usage. This damage is the onset of further damage that is far greater. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 15: Irreparable Injury

Defendant created a product that caused harm to the Plaintiff's lungs that cannot be repaired. This created a unique situation as Plaintiff attempted to apply to school for commercial SCUBA diving, and was unable to pass the physical for lung volume. For this reason alone, Plaintiff was denied classes and a career of his choosing. The damage was directly related to the product distributed by the Defendants, and the damage cannot be undone in order satisfy the lung tests. This was done for the sole purpose of profit and with total disregard to the health and safety of the public.

Count 16: Entitlement to Punitive Damages

In this matter, the Plaintiff is entitled to punitive damages. The direct misleading of the Defendant led Plaintiff to believe it was his own lack of self control or inadequacy that prevented him from stopping the use of the product. It has since been discovered that the Defendant deliberately

made the product in a way to mislead the Plaintiff for the sole purpose of profit. This was done for the

sole purpose of profit and with total disregard to the health and safety of the Plaintiff.

For this reason, the Plaintiff believes that he is entitled to punitive damages in this matter.


**CONCLUSION**

The defendant has recently been directed by the U.S. Supreme Court to make known to the

public the use of additives for addictiveness in their product. The plaintiff files a timely complaint in that

the complaint is filed within the time frame of the statute of limitations from the dismissal of this case

by the U.S. District Court without prejudice.

A. Plaintiff seeks a jury trial in this matter;

B. Plaintiff reserves the right to add additional claims and/or parties if discovery reveals a need to

do so, and with the leave of this Honorable Court;

C. Plaintiff seeks monetary damages in the amount of two million dollars ($2,000,000.00) and the

amount of fifty thousand dollars ($50,000.00) in punitive damages;

D. Plaintiff seeks interest, court costs, filing fees, attorney fees and any additional costs that this

Honorable Court deems proper.

Respectfully submitted;

Dale P. Field, Jr.
Plaintiff, pro se
Stevens Correctional Center
795 Virginia Ave.
Welch, WV 24801

FILED | 3/8/2021 2:34 PM
CC-27-2021-C-12
McDowell County Circuit Clerk
Francine Spencer

IN THE CIRCUIT COURT OF *McDOWELL*

## CIVIL CASE INFORMATION STATEMENT
### (Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

**Plaintiff(s)**                                    Case No. _____

*DALE P. FIELD, JR.*                               Judge: _____

_____                                    **Plantiff's Phone:** _____

_____

**vs.**                                            **Days to**
                                                   **Answer**      **Type of Service**
**Defendant(s)**

*Phillip Morris, USA, Inc*                          _30_    *Certified US Mail*
Name

*6598 West Broad St.*                              **Defendant's Phone:** _____
Street Address

*Richmond, VA 26234*
City, State, Zip Code

**II. TYPE OF CASE:**

[X] General Civil                                  [ ] Adoption
[ ] Mass Litigation *[As defined in T.C.R. 26.04(a)]*   [ ] Administrative Agency Appeal
   [ ] Asbestos                        [ ] Civil Appeal from Magistrate Court
   [ ] FELA Asbestos                   [ ] Miscellaneous Civil Petition
   [ ] Other: _____           [ ] Mental Hygiene
[ ] Habeas Corpus/Other Extraordinary Writ         [ ] Guardianship
[ ] Other: _____                         [ ] Medical Malpractice

**III. JURY DEMAND:** [X] Yes [ ] No  CASE WILL BE READY FOR TRIAL BY (Month/Year): _____

**IV. DO YOU OR ANY**          **IF YES, PLEASE SPECIFY:**
**OF YOUR CLIENTS**            [ ] Wheelchair accessible hearing room and other facilites
**OR WITNESSES**              [ ] Reader or other auxiliary aid for the visually impaired
**IN THIS CASE**              [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
**REQUIRE SPECIAL**           [ ] Spokesperson or other auxiliary aid for the speech impaired
**ACCOMMODATIONS?**           [ ] Foreign language interpreter-specify language: _____
                              [X] Other: *Video /Tele conference hearings*
[X] Yes [ ] No

| Attorney Name: _____ | Representing: |
|---|---|
| Firm: _____ | [ ] Plaintiff  [ ] Defendant |
| Address: _____ | [ ] Cross-Defendant  [ ] Cross-Complainant |
| Telephone: _____ | [ ] 3rd-Party Plaintiff  [ ] 3rd-Party Defendant |

[ ] **Proceeding Without an Attorney**

Original and _____ copies of complaint enclosed/attached.

Dated: _3_ / _3_ / _2021_     Signature: _____

**SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)**     Revision Date: 4.2020

**Plaintiff:** _____ , *et al*   **Case Number:** _____

**vs.**

**Defendant:** _____ , *et al*

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

_____        Defendant's Phone: _____
Defendant's Name

_____        Days to Answer: _____
Street Address

_____        Type of Service: _____
City, State, Zip Code

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | Court: | **Circuit** | Court: | **McDowell** | Case Number: | **CC-27-2021-C-42** |
|---|---|---|---|---|---|---|
| | Judge: | **Rudolph Murensky** | Created Date: | **3/8/2021** | Status: | **Open** |
| | Case Type: | **Civil** | Case Sub-Type: | **Other** | Security Level: | **Public** |
| | Style: | **Dale P. Field Jr. v. Phillip Morris USA, Inc.** | | | | |

| | Entered Date | Event | Ref. Code | Description |
|---|---|---|---|---|
| 1 | 3/8/2021 2:37:37 PM | E-Docketed | | Complaint |
| 2 | 3/8/2021 2:37:37 PM | Judge Assigned | J-27001 | Rudolph Murensky |
| 3 | 3/8/2021 2:37:37 PM | Party Added | P-001 | Dale P. Field, Jr. |
| 4 | 3/8/2021 2:37:37 PM | Party Added | D-001 | Phillip Morris USA, Inc. |
| 5 | 3/8/2021 2:37:37 PM | Service Requested | D-001 | Circuit Clerk - Certified Mail - No Copy Fee |
| 6 | 3/31/2021 9:43:50 AM | Attorney Listed | D-001 | A-12542 - Jeremy Alexander Gunn |
| 7 | 3/31/2021 9:47:08 AM | Document Emailed | | Court user emailed jgunn@shb.com document 1-1 - Civil Case Information Statement - |
| 8 | 3/31/2021 9:47:23 AM | Document Emailed | | Court user emailed jgunn@shb.com document 1-2 - Complaint - Complaint |
| 9 | 3/31/2021 9:47:43 AM | Document Emailed | | Court user emailed jgunn@shb.com document 1-3 - Affidavit of Indigency - Financial Affidavit and Application: Eligibility For Waiver of Fees, Costs, or Security in a Civil or Domestic Case or For Costs Associated With Required Polygraph Examination or Electronic Monitoring |
| 10 | 3/31/2021 9:48:06 AM | Document Emailed | | Court user emailed jgunn@shb.com document 1-4 - Supporting Document - Civil Case Information Statement |
| 11 | 3/31/2021 9:48:30 AM | Document Emailed | | Court user emailed jgunn@shb.com document 1-6 - Summons - |
| 12 | 3/31/2021 11:02:24 AM | Scanned Document | | Certified Mail Tracking - Certified Mail Receipt |
| 13 | 4/7/2021 9:20:29 AM | E-Docketed | | Supporting Documents - Green Return Receipt Card As To: Phillip Morris, USA Inc Signed by Brian Pearson (No Date) |
| 14 | 4/12/2021 10:22:37 AM | Scanned Document | | Other - Docket Sheet |

# EXHIBIT 2

## IN THE CIRCUIT COURT OF MCDOWELL COUNTY, WEST VIRGINIA
## CIVIL DIVISION

Dale P. Field, Jr.,

                 Plaintiff,

vs.

Philip Morris USA Inc.,

                 Defendant.

Civil Action No. CC-27-2021-C-12

The Honorable Rudolph Murensky

### <u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

NOTICE IS HEREBY GIVEN that, pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Philip Morris USA Inc. has on the 12th day of April, 2021 filed with the Clerk of the United States District Court for the Southern District of West Virginia, Bluefield Division, a Notice of Removal to remove Civil Action No. CC-27-2021-C-12 from the Circuit Court of McDowell County, West Virginia to the United States District Court for the Southern District of West Virginia, Bluefield, Division.  A copy of the Notice of Removal is attached hereto as Exhibit 1.

Dated:  April 12, 2021

Respectfully submitted,

By: _____
Jeremy Gunn (WV State Bar #12542)
jgunn@shb.com
SHOOK, HARDY & BACON L.L.P.
2001 Market St. #3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594
***Attorneys for Defendant Philip Morris USA Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of April, 2021, that the foregoing *Notice of Filing of Notice of Removal* was served on counsel of record by placing a true and exact copy in certified mail, addressed to the following:

Dale Field, Jr., #3558053
Steven's Correctional Center
795 Virginia Avenue
Welch, WV  24801

By: _____
Jeremy Gunn (WV State Bar #12542)
jgunn@shb.com
SHOOK, HARDY & BACON L.L.P.
2001 Market St. #3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Facsimile: (215) 278-2594

*Attorneys for Defendant Philip Morris USA Inc.*